# EXHIBIT 8

**D.J. McCONNELL CO.**
Commercial and Industrial
Refrigeration • Heating • Air Conditioning
Mechanical & Electrical Maintenance
70200 Henry Ross Drive • Romeo, MI 48065
(586) 752-5759

**SERVICE ORDER INVOICE**
**20810**

BILL TO:

NAME 455
STREET _____ DATE 1-13-15 TECHNICIAN _____ AUTHORIZED BY _____
CITY _____ WORK TO BE PERFORMED _____

DESCRIPTION OF WORK PERFORMED:
CALLED FOR NO HEAT CHECKED STEAM CONVERTER & CONTROLS- FOUND BAD TRAP, FLOAT WATERLOGGED CUSTOMER TO REBUILD TRAP

| STRAIGHT HRS | O.T. HRS | TECH NAME | DATE/DAY |
|---|---|---|---|
| 2.0 | | Dave/Ian | 1-13 |

LIMITED WARRANTY: All materials, parts and equipment are warranted by the manufactures or suppliers written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.
☐ REGULAR  ☐ WARRANTY  ☐ SERVICE CONTRACT

TERMS: 12911

**INVOICE DUE ON RECEIPT**

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller. A 2% service charge will be added to any overdue invoices.

CUSTOMER SIGNATURE _____ DATE _____