# EXHIBIT 16

**Detroit Thermal**
541 Madison Ave
Detroit, MI 48226
Telephone: 313-963-3844
Fax: 313-963-7285

| Invoice Number: | 54409 | Date: | 2/6/2015 |
|---|---|---|---|
| Due Date | | Amount Due | |
| February 27, 2015 | | $29,265.40 | |

Account Number:   455CO001

455 Companies, LLC
160 Broadway, 1st Floor

Mail Payments To:   DETROIT THERMAL, LLC
LOCKBOX # 23-3502
3502 Momentum Place
CHICAGO, IL 60689-5335

New York, NY 10038

| Payment Coupon | Return upper portion with your payment |
|---|---|
| Account Statement | Keep lower portion for your records |

**Account No:**   455CO001                                                                                   Detroit Thermal

**Summary of Charges**

| | |
|---|---:|
| PREVIOUS MONTH ENDING BALANCE | $19,400.46 |
| LATE FEE | $165.99 |
| PAYMENTS, CREDITS AND ADJUSTMENTS | ($6,214.49) |
| CURRENT STEAM USAGE (DETAIL ATTACHED) | $15,913.44 |
| DETROIT UTILITY USERS TAX | $0.00 |
| MICHIGAN STATE SALES TAX | $0.00 |
| Balance due - Please pay this amount by February 27, 2015 | $29,265.40 |

**Detail of Charges**

| Service Address | Service Period From | To | Days Billed | Meter No. | E/A | Meter Readings Prior | Current | Multiplier | Mlbs Used | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 455 FORT | 12/29 | 01/29 | 31 | 6236 | A | 8748 | 15209 | 0.1 | 646.10 | 24.63 | $15,913.44 |
| Total Current Bill | | | | | | | | | 646.10 | | $15,913.44 |

Base Rate Element:   8.59    Billed SCR Factor:   16.04    Steam Service Rate:   24.63

A one time late payment charge of 1 1/2% will be assessed on the overdue balance of ANY bill rendered, as approved by the Michigan Public Service Commission - September 8th, 2005



**detroit thermal**
A Detroit Renewable Energy LLC Company

**455 Fort**

| 12887 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | | 669 | 907 | 733 | 806 | 848 | 1,205 | 880 | 1,246 | 904 | 944 | 100 | 646 |
| Feb | | 628 | 817 | 744 | 889 | 823 | 965 | 762 | 1,036 | 777 | 821 | 400 | 656 |
| Mar | | 600 | 849 | 591 | 471 | 492 | 868 | 816 | 795 | 392 | 548 | 300 | 832 |
| Apr | 557 | 409 | 193 | 132 | 311 | 221 | 383 | 342 | 615 | 163 | 270 | 300 | 305 |
| May | 292 | 109 | 152 | 18 | 3 | 34 | 110 | 173 | 325 | 10 | 46 | 100 | 8 |
| Jun | 360 | 96 | 109 | 0 | 1 | 7 | 0 | 11 | 8 | 22 | 2302 | | |
| Jul | 108 | 96 | 2 | 0 | 0 | 6 | 0 | 9 | 7 | 24 | 27 | 0 | 1 |
| Aug | 92 | 1,135 | 201 | 0 | 0 | 73 | 0 | 10 | 8 | 22 | 35 | 0 | |
| Sep | 82 | 923 | 89 | 0 | 0 | 90 | 0 | 10 | 7 | 24 | 25 | 0 | |
| Oct | 498 | 300 | 159 | 24 | 25 | 740 | 246 | 380 | 225 | 146 | 0 | 0 | |
| Nov | 399 | 479 | 531 | 206 | 560 | 492 | 540 | 923 | 579 | 380 | 0 | 338 | |
| Dec | 822 | 807 | 891 | 525 | 750 | 977 | 875 | 1,146 | 731 | 583 | 0 | 444 | |
| Total | 3,211 | 6,250 | 4,899 | 2,973 | 3,819 | 4,803 | 5,191 | 5,463 | 5,582 | 3,445 | 2,716 | 3,984 | 2,448 |

2014 Jan-Apr Estimates No Access
May Final read/valve closed

DRE0000256